**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JIMMY DALY,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05929

Judge Joan H. Lefkow

Magistrate Judge Beth W. Jantz

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, JIMMY DALY ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on June 18, 2026, I sent an e-mail containing a copy of the Complaint, Minute Entry [14], Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication, and Summons to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon") and Roadget Business Pte. Ltd. ("SHEIN") marketplaces, as identified and provided for Defendants by third parties.

4.      I hereby certify that on or before June 18, 2026, I electronically published the Complaint, Minute Entry [14], Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication, and Summons on a website.

5.      I hereby certify that on June 18, 2026, I sent an e-mail containing a copy of the Complaint, Minute Entry [14], Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication, and Summons to the e-mail addresses associated with accounts at the Amazon and SHEIN marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2026.


*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*