**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIMMY DALY,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:26-cv-05929<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Beth W. Jantz |

**DECLARATION OF KEITH A. VOGT**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A). Each Defaulting Defendant was served on June 18, 2026, by e-mail to the e-mail address provided for it by Amazon and by electronic publication, as stated in my Declaration of Service. [18-1]. No Defaulting Defendant has filed an answer or a Rule 12 motion or otherwise appeared in this action.

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify their contact information. The investigation identified no information indicating that any Defaulting Defendant is an active-duty member of the United

States armed forces. The Defaulting Defendants are online stores operated under business names or storefront aliases, and the platforms' records for them disclose, where they disclose any address, addresses in the People's Republic of China, except as stated in the Declaration of Yanling Jiang. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. Pursuant to paragraph 1 of the Court's Order [15], my office served the Order on Amazon and received its production of records concerning the Defendants. A true and correct copy of that production is maintained by my office and was provided to Yanling Jiang for the review described in her declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2026.

*<u>/s/ Keith A. Vogt</u>*
Keith A. Vogt
*Counsel for Plaintiff*