**EXHIBIT A**

## Per-Defendant Address Investigation

**Group A: The Platforms' Records State More Than One Address, or an Address Different from the Storefront's (5 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 5 | ciri (Amazon) | 大沙田经济开发区 / 兴象路西二里 34 号一楼 / 南宁市 / 广西 / 530000 / CN | The street was located on both Chinese platforms and shows businesses at other street numbers, but No. 34 and a ground-floor unit were not located. The address Amazon produced, 广西壮族自治区南宁市良庆区蓝波湾东 E8-10 号, is in the 蓝波湾 residential community; unit 东 E8-10 号 was not located on any resource. | Amazon lists a different address and does not list the storefront address: 广西壮族自治区南宁市良庆区蓝波湾东 E8-10 号, 南宁市, 广西 530000. |
| 9 | dalianyimanshangmaoyo (Amazon) | 大丰区 / 大中街道工行宿舍楼 403 盐城市 / 江苏 / 224100 / CN | Baidu Maps located an ICBC staff dormitory on a different street; Room 403 was not verified. As to this address only, no matching business was found at the location by desk check (map/POI review). The Dalian address Amazon produced, 长兴岛经济区长兴路 600 号 3 单元 4 层 5 号 J073, is the Changxing Island Economic Zone administrative committee and other government offices; the stated residential-style unit does not exist there. | Amazon lists the storefront address and a second address in a different province: changxingdaojingjiqu / changxinglu600hao3danyuan4ceng5haoJ073, Dalian, Liaoning 116000 (romanized). |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 11 | xuanenshinengxinnengyuanyouxiangongsi (Amazon) | 天妃路 1688 号办公楼 M 座 1903 室 / 莆田市 / 荔城区 / 福建省 / 351100 / CN | Baidu Maps returned 未找到相关地点 (no relevant location found). Amap reached only the road 天妃路 and office towers on a different road. Google Maps returned partial matches at postal code 351142 against the stated 351100. As to the Halifax address, Canada Post reports that Tayberry Court has seventeen civic addresses, numbered 1 to 32; there is no No. 125. As to the Taizhou address, no resource located No. 62-7 of 明珠路; the only numbered Google match is in Jiande, Hangzhou. No matching business was found at the location by desk check (map/POI review), as to any of the three addresses. | Amazon lists the storefront address and two others: 125 Tayberry Court, Halifax, Nova Scotia, Canada B3S 1L1; and 沙埠镇明珠路 62-7 号, 黄岩区, 台州市, 浙江 318025. |
| 12 | JuShiDengDianZiShangWu (Amazon) | 自由贸易试验区 / 厦门片区港中路 1692 号万翔国际商务中心 2 号楼北楼 406-1445 厦门 / 福建 / 361000 / CN | Baidu Maps returned 未找到相关地点. Amap showed the free-trade-zone park administration bureau on the same floor and an unrelated company at a same-format unit code. Twenty or more entities are registered at 港中路 1692 号. | Amazon does not list the storefront address. It lists two Quanzhou addresses: 福建省泉州市安溪县 / 官桥镇中山路 9 号, which resolves to a restaurant and a KTV; and 福建省泉州市惠安县螺阳镇 / 五洲家具城北区六号楼二楼杭州天任电子商务有限公司, a furniture-market stall attributed to a different company. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 13 | songqiang44 (Amazon) | 临淄区 / 雪宫街道大顺胜利花园 14 甲 327 号 / 淄博市 / 山东 / 255400 / CN | The compound 大顺胜利花园 was located; unit 14 甲 327 号 was not located, and nothing connects the unit to this seller. | Amazon does not list the storefront address. It lists 安定区 / 许公巷 66 号 / 定西市 / 甘肃省 / 743000 / CN, at which no registry entity was found, and Cabinet City, 2974 South 300 West, Salt Lake City, UT 84115, United States. |

**Group B: Disclosed Address Is a Directional Description That No Map Resolves (2 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 3 | tianzhenxianruiminliangyoujiagongyouxiangongsi (Amazon) | 天镇县 / 玉泉镇唐八里村村委会东 200 米处 / 大同市 / 山西 / 037000 / CN | The address is a bearing ("200 meters east of the village committee"). The searches reached the village and the committee only. Google Maps reported postal codes 038299 and 038208 against the stated 037000. | Amazon lists the same address. |
| 6 | huixianshihengkunshangmaoyou (Amazon) | 辉县市 / 太行大道与共和路交叉口向北 50 米路西 6 号 / 新乡市 / 河南 / 453000 / CN | The address is a bearing from an intersection. Amap found the intersection and seven unrelated businesses at other bearings. Baidu Maps returned a store at a different intersection. (The Google Maps capture records a different query and is not relied upon.) | Amazon lists the same address. |

**Group C: Registered Unit Is in Shared or Mass-Registration Premises (2 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 4 | xiamenshimomowu dianzisha (Amazon) | 思明区 / 前埔东一里 30 号 803 室 / 厦门市 / 福建 / 361001 / CN | Amap and Baidu Maps placed 前埔东一里 30 号 in the 华林东盛花园 Phase 2 residential compound. Room 803 was not verified. Google Maps returned unrelated commercial establishments. Nine entities, six of them active, are registered at the street number. | Amazon lists the same address. |
| 14 | GeLaSiWangLuoKe JiYangPuYouXianG ongSi (Amazon) | 海南省洋浦经济开发区新英湾区保税港区 2 号办公楼 G1112 室 / 海南省洋浦经济开发区新英湾区保税港区 2 号办公楼 G1112 室 / 海口市 / 海南 / 570100 / CN | Baidu Maps returned seven unrelated companies in the same 2 号办公楼 at differently lettered rooms; Google surfaced an eighth and reported G1112 missing. Twenty or more entities are registered in the building. The stated city and postal code (海口市 570100) conflict with Yangpu (Danzhou, 578000). (The Google Maps capture records a different query and is not relied upon.) | Amazon lists the same address. |

**Group D: Registered Entity Is Cancelled and the Address Is a University Campus (1 Defendant)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 10 | Toeiyuen (Amazon) | 红旗大街汇安路 39 号 / 桥西区 / 石家庄市 / 河北省 / 050019 / CN | All four searches resolve 汇安路 39 号 to the campus of 河北工程技术学院, a private university. No building, floor, or room is stated. The stated postal code 050019 conflicts with the school's 050091. No matching business was found at the location by desk check (map/POI review). | Amazon lists the same address. |

**Group E: Registry Entity at the Disclosed Address, but the House or Shopfront Cannot Be Shown (3 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 2 | jiangxiguoqingyiliaoqixieyouxiangongsi (Amazon) | 进贤县 / 李渡镇鉴良村委会斜上村 36 号 101 室 / 南昌市 / 江西 / 330000 / CN | Baidu Maps returned 未找到相关地点 (no relevant location found). Amap reached only the village-committee and hamlet level. Google Maps returned three unrelated Lidu-town businesses. No. 36, Room 101 was not located. | Amazon lists the same address. |
| 8 | dingyuanxianshunyongzhongyangzhijiatingnongchang (Amazon) | 滁州市 / 定远县严桥乡兴南村陶刘 19 号 / 滁州市 / 安徽 / 239000 / CN | Baidu Maps located 兴南村 and its institutions but not 陶刘 19 号, returning a dwelling in a different hamlet. Amap located the 陶刘 hamlet name but no house No. 19. Google Maps reported postal codes 233263 and 233208 against the stated 239000. | Amazon lists the same address, and a romanized version of it. |
| 15 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi (Amazon) | 四联村可利坡六组 130 号一楼铺面 / 高新技术产业开发区 / 南宁市 / 广西 / 530000 / CN | Baidu Maps located the 可利坡 hamlet and ground-floor shopfronts at Nos. 98, 186, 215, and 217 but not No. 130. Amap's only 130 号楼 hit is in a different village. Google Maps resolved to Nanning city level. The searches place 四联村可利坡 in 西乡塘区, not the stated 高新技术产业开发区. Five active and four cancelled entities are registered at the address string. | Amazon lists the same address. |