**EXHIBIT B**

**PRC Business-Registry (Tianyancha 天眼查) Check**

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 2 | jiangxiguoqingyiliaoqixieyouxiangongsi | Entity returned | 江西国青医疗器械有限公司 [Jiangxi Guoqing Medical Instruments Co., Ltd.] (存续, in existence). USCC: 91360100MA3ADLU6XK. Registered address: 江西省南昌市进贤县李渡镇鉴良村委会斜上村 36 号 101 室 [Room 101, No. 36, Xieshang Village, Jianliang Village Committee, Lidu Town, Jinxian County, Nanchang City, Jiangxi Province]. No 经营异常 listing. | Registered address equals the platform address. |
| 3 | tianzhenxianruiminliangyoujiagongyouxiangongsi | Entity returned | 天镇县瑞民粮油加工有限公司 [Tianzhen County Ruimin Grain and Oil Processing Co., Ltd.] (存续, in existence). USCC: 91140222MACRHC8BXU. Registered address: 山西省大同市天镇县玉泉镇唐八里村村委会东 200 米处 [200 meters east of the Tangbali Village Committee, Yuquan Town, Tianzhen County, Datong City, Shanxi Province]. No 经营异常 listing. | Registered address equals the platform address (directional description). |
| 4 | xiamenshimomowudianzisha | Entity returned | 厦门市嘿摩沕电子商务店（个人独资） [Xiamen Momowu E-commerce Shop (sole proprietorship)] (存续, in existence; established 2025-04-25). USCC: 91350203MAEJUM2E0W. Registered address: 厦门市思明区前埔东一里 30 号 803 室 [Room 803, No. 30 Qianpu East 1st Lane, Siming District, Xiamen]. No 经营异常 listing. | Registered address equals the platform address. Nine entities, six of them active, are registered at the street number. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 5 | ciri | Entity returned | 广西亿尚达贸易有限公司 [Guangxi Yishangda Trading Co., Ltd.] (存续, in existence). USCC: 91450122MA5QB73F0C. Registered address: 南宁市良庆区大沙田经济开发区兴象路西二里 34 号一楼 [1st Floor, No. 34 Xingxiang Road West 2nd Lane, Dashatian Economic Development Zone, Liangqing District, Nanning]. No 经营异常 listing. | Registered address matches the storefront address (the registry adds 良庆区) and is not the address Amazon produced. Three entities have been registered at the string, one of them active. |
| 6 | huixianshihengkunshangmaoyou | Entity returned | 辉县市恒坤商贸有限公司 [Huixian Hengkun Trading Co., Ltd.] (存续, in existence). USCC: 91410782MACEAMM14T. Registered address: 河南省新乡市辉县市太行大道与共和路交叉口向北 50 米路西 6 号 [No. 6, west side of the road, 50 meters north of the intersection of Taihang Avenue and Gonghe Road, Huixian City, Xinxiang City, Henan Province]. No 经营异常 listing. | Registered address equals the platform address (directional description). |
| 8 | dingyuanxianshunyongzhongyangzhijiatingnongchang | Entity returned | 定远县顺永种养殖家庭农场 [Dingyuan County Shunyong Planting and Breeding Family Farm] (存续, in existence). USCC: 91341125MA8NXMY17P. Registered address: 安徽省滁州市定远县严桥乡兴南村陶刘组 19 号（仅限办公用途） [No. 19, Taoliu Group, Xingnan Village, Yanqiao Township, Dingyuan County, Chuzhou City, Anhui Province (office use only)]. No 经营异常 listing. | Registered address matches the platform address; the registry specifies 陶刘组 and adds the office-use-only designation. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 9 | dalianyimanshangmaoyo | Entities returned (three, none at the platform address) | (1) 大连依蔓商贸有限公司 [Dalian Yiman Trading Co., Ltd.] (存续, in existence; established 2025-08-26). USCC: 91210244MAET8NBU0B. Registered address: 辽宁省大连长兴岛经济区长兴路 600 号 3 单元 4 层 5 号 J073. 经营异常 listing entered 2025-12-02, "通过登记的住所或者经营场所无法联系" [unable to be contacted at the registered residence or place of business], by the Dalian Changxing Island Economic and Technological Development Zone market supervision bureau, not removed. (2) 大连逸曼商贸有限公司 [Dalian Yiman (逸曼) Trading Co., Ltd.] (存续, in existence; established 2017-08-21). USCC: 91210242MA0UEB510C. Registered address: 辽宁省大连经济技术开发区辽河西路 121 号 23 层 1-18 号. (3) 大连依漫商贸有限公司 [Dalian Yiman (依漫) Trading Co., Ltd.] (注销, cancelled; established 2021-12-13). USCC: 91210211MA7ECJ8L27. | None of the three is registered at the platform-disclosed Yancheng, Jiangsu address. The registered address of the first corresponds to the Dalian address Amazon produced. |
| 10 | Toeiyuen | Entity returned | 隆回张云腾科技有限公司 [Longhui Zhang Yunteng Technology Co., Ltd.] (注销, cancelled). USCC: 91430524MAK53YLQ3N. Registered address: 湖南省邵阳市隆回县花门街道大院里社区桃洪西路 31 号 [No. 31 Taohong West Road, Dayuanli Community, Humen Subdistrict, Longhui County, Shaoyang City, Hunan Province]. | Registered address does not match the platform address (Shijiazhuang, Hebei); the entity is cancelled and registered in a different province. |
| 11 | xuanenshinengxinnengyuanyouxiangongsi | No entity returned on the verbatim string | A broad keyword fallback returned twenty Xuan'en County, Hubei new-energy entities. The nearest name, 宣恩实能新能源有限公司 [Xuan'en Shineng New Energy Co., Ltd.] (存续; USCC 91422825MA49J8F03N; registered address 宣恩县椒园镇黄坪村 4 组, Hubei) is an inference only and is not confirmed as this Defendant. | No registered address corresponds to the platform address; the inferred candidate is registered in a different province. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 12 | JuShiDengDianZiShangWu | Entity returned | 厦门据是等电子商务有限公司 [Xiamen Jushideng E-commerce Co., Ltd.] (存续, in existence; established 2025-07-15). USCC: 91350200MAEQL0Y822. Registered address: 中国（福建）自由贸易试验区厦门片区港中路 1692 号万翔国际商务中心 2 号楼北楼 406-1445 [406-1445, North Tower, Building 2, Wanxiang International Business Center, No. 1692 Gangzhong Road, Xiamen Area, China (Fujian) Pilot Free Trade Zone]. No 经营异常 listing. | Registered address equals the storefront address and neither address Amazon produced. Twenty or more entities are registered at 港中路 1692 号. |
| 13 | songqiang44 | Entity returned | 淄博同有建设服务有限公司 [Zibo Tongyou Construction Service Co., Ltd.] (开业, in operation; established 2025-11-10). USCC: 91370305MAK0H5AL5R. Registered address: 山东省淄博市临淄区雪宫街道大顺胜利花园 14 甲 327 号 [Room 327, Building 14A, Dashun Shengli Garden, Xuegong Subdistrict, Linzi District, Zibo City, Shandong Province]. No 经营异常 listing. The legal representative's name (宋强) corresponds to the storefront handle. | Registered address equals the storefront address. It is not an address Amazon produced; Amazon produced a Gansu address, at which no registry entity was found, and a Salt Lake City, Utah address. |
| 14 | GeLaSiWangLuoKeJiYangPuYouXianGongSi | Entity returned | 格拉斯网络科技（洋浦）有限公司 [Gelasi Network Technology (Yangpu) Co., Ltd.] (存续, in existence; established 2023-11-21). USCC: 91460000MAD3KJM719. Registered address: 海南省洋浦经济开发区新英湾区保税港区 2 号办公楼 G1112 室 [Room G1112, Office Building 2, Bonded Port Area, Xinying Bay Zone, Yangpu Economic Development Zone, Hainan Province]. No 经营异常 listing. | Registered address equals the platform address. Twenty or more entities are registered in the building. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 15 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi | Entity returned on an inferred Chinese rendering of the name only | 广西浩洋建筑装修装饰工程有限公司 [Guangxi Haoyang Construction Decoration Engineering Co., Ltd.] (存续, in existence; established 2021-07-13). USCC: 91450100MA5QKXU50B. Registered address: 广西壮族自治区南宁市高新技术产业开发区四联村可利坡六组 130 号一楼铺面 [Ground-floor shopfront, No. 130, Group 6, Kelipo, Silian Village, High-Tech Industrial Development Zone, Nanning, Guangxi]. No 经营异常 listing. Neither verbatim string returned an entity. | Registered address equals the platform address. Five active and four cancelled entities are registered at the address string. |