**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jimmy Daly

Plaintiff,

v.

Case No.: 1:26−cv−05929

Honorable Joan H. Lefkow

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Per Plaintiff's Notice of Voluntary Dismissal [22], all claims in this action against Defendants MY KITCHENS ALLURE, Velscope E, neimengguguochangwenhuakejiyouxiangongsi, BLADEGUARDIAN SHOP and IronTale are dismissed without prejudice. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.