**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIMMY DALY,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:26-cv-05929<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Beth W. Jantz |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff JIMMY DALY ("Daly" or "Plaintiff") against the defendants identified on First Amended Schedule A to the Complaint and using the online marketplace accounts identified therein (collectively, the "Defendant Internet Stores"), and Daly having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto (collectively, "Defaulting Defendants");

Daly having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from the marketplaces, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, on the record presented in the Declaration of Yanling Jiang and Exhibits A and B thereto, the addresses of the Defaulting Defendants are not known within the

meaning of Article 1 of the Hague Service Convention, so that the Convention does not apply to them, and that service of process on each Defaulting Defendant by e-mail and electronic publication, as authorized by this Court's Order [15] under Federal Rule of Civil Procedure 4(f)(3), was proper.

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Daly has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Daly's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-455-198; VA 2-455-158; VA 2-455-160; and VA 2-455-177 (the "Jimmy Daly Works"), to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 501).

Accordingly, this Court orders that Daly's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using the Jimmy Daly Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jimmy Daly Product or not authorized by Daly to be sold in connection with the Jimmy Daly Works;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Jimmy Daly Product or any other product produced by Daly, that is not Daly's or not produced under the authorization, control, or supervision of Daly and approved by Daly for sale under the Jimmy Daly Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Daly, or are sponsored by, approved by, or otherwise connected with Daly; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Daly, nor authorized by Daly to be sold or offered for sale, and which bear any of Daly's copyrights, including the Jimmy Daly Works, or any reproductions, infringing copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (the

"Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jimmy Daly Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jimmy Daly Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Jimmy Daly Product or not authorized by Daly to be sold in connection with the Jimmy Daly Works.

3. Upon Daly's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jimmy Daly Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Daly is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Jimmy Daly Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant

Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Daly as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Daly the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Daly has recovered full payment of monies owed to Daly by any Defaulting Defendant, Daly shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Daly identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Daly may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: October 19, 2026

Joan H. Lefkow
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | [redacted] |
| 2 | jiangxiguoqingyiliaoqixieyouxiangongsi |
| 3 | tianzhenxianruiminliangyoujiagongyouxiangongsi |
| 4 | xiamenshimomowudianzisha |
| 5 | ciri |
| 6 | huixianshihengkunshangmaoyou |
| 7 | [redacted] |
| 8 | dingyuanxianshunyongzhongyangzhijiatingnongchang |
| 9 | dalianyimanshangmaoyo |
| 10 | Toeiyuen |
| 11 | xuanenshinengxinnengyuanyouxiangongsi |
| 12 | JuShiDengDianZiShangWu |
| 13 | songqiang44 |
| 14 | GeLaSiWangLuoKeJiYangPuYouXianGongSi |
| 15 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi |
| 16 | [redacted] |
| 17 | [redacted] |
| 18 | [redacted] |